Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2017 APR 26  P 4: 16
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

Johnson, Pamela T.

v.

Walmart Stores, Inc.
King Management Solutions

Case No.: 5:17-CV-675-HGD
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes ☑ No

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff**
   Name — Pamela T. Johnson
   Street Address — 131 Springview Lane
   City and County — Huntsville   Madison
   State and Zip Code — AL   35806
   Telephone Number — (256) 224-2745

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
- Name: Walmart Stores, Inc.
- Job or Title: Retail Merchandiser
- Street Address: 702 SW 8th Street
- City and County: Bentonville, Benton
- State and Zip Code: AR 72716

Defendant No. 2
- Name: King Management Solutions
- Job or Title: Apartment rentals
- Street Address: 5233 Riverside Dr, Suite A
- City and County: Macon, Macon-Bibb
- State and Zip Code: GA 31210

Defendant No. 3
- Name:
- Job or Title:
- Street Address:
- City and County:
- State and Zip Code:

Defendant No. 4
- Name:
- Job or Title:
- Street Address:
- City and County:
- State and Zip Code:

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
    Name _____
    Job or Title _____
    Street Address _____
    City and County _____
    State and Zip Code _____

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question    ☐ USA Defendant    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction is USA defendant**

    The Defendant(s)

    Name of Agency _____

    Address _____

**B.**    **If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Articles I Sec 8, III Sec 2 & 3, IV Sec 2, VI*
*Amendments I, IV, V, VI, VIII, XI, XIII, XIV Sec 1*

Pro Se General Complaint for a Civil Case (Rev.10/16)

    **C.**    **If the Basis for Jurisdiction is Diversity of Citizenship**

        1. The Plaintiff

            The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____.

        2. The Defendant(s)

           a. If the defendant is an individual

              The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)*_____.

           b. If the defendant is a corporation

              The defendant, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

              Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

           *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

        3.    The Amount in Controversy

            The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

            _____

            _____

            _____

**III.**    **Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Pgs 1-5

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Pg 1 of 1

For the Complaint for a Civil Case.

United States District Court for the Northern District of Alabama

Plaintiff: Pamela T. Johnson
v.
Defendants: Walmart and King Management Bellevue

Complaint for a Civil Case Statement of Claim Page 1 of 5

1.) According to the Preamble of the United States of America, it was established in order to establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the Blessings of Liberty to ourselves and our posterity.

I complain I have been denied justice, tranquility, defense afford other, general welfare, and denied blessing for myself and my daughter Alaina. While living at King Management Bellevue owned Madison Park Apartments in Madison, AL from Jan 13, 2015 - June 18, 2016 my apartment was frequently trespassed without my prior knowledge and/or consent by King Management Bellevue, Alaina after refused to do KMS, employees and/or local, state, federal law enforcement including employees of Madison Police dept, Madison County, AL sheriff's dept, and FBI with/with full knowledge and consent. The mind damage they inflicted, the bubble taken, and the light and/or items left or were designed to evoke a range of emotions from frustrated to angry. They also placed cameras throughout the apartment and let me know in various ways of was being watched. However, the most egregious of all was altered these individuals to do includes the act and/or the they put in my toothpaste in order to burn the inside of my mouth and the chemical transparent aerosol stiens they floated inside my apartment designed to bug and that inflected a range of things from extreme pain to irritated gas that was extremely sulfurous. I do not have any physical ailments that would cause these things to happen. I was so terrified especially Chemicals and knew somehow they were un-lockin, the Keyless dead bolt while I was inside that I finally fled Madison Park Apts, Alaina after refused to do KMS, Prior to moving to Madison from California, it was never disclosed to me that KMS rented out some of their apartments to gerenmentally contracted individuals. Of course, the people occupying the apartments than me and especially the one directly above me were rented out to these contracted people whom were used to trespass the apartment of new renters, and the garage where I kept my vehicle. I was tortured by them physically with chemicals they put in my food, laundry, and psychologically with their B2 always near my door and/or windows and the stomps and fingers I am wake-up call above me with the faithful jerk ensuring the house deep refuses. (Chemically

Pro Se Complaint for a Civil Case
United States District Court for the Northern District of Alabama
Plaintiff: Pamela T. Johnson
v
Defendants: Walmart and King Management Solutions

Complaint for a Civil Case Statement of Claim Page 2 of 5

with the FBI designed to my DNA aerosolizations they frequently exposed me to, and emotionally knowing they could enter even when I was inside with the deadbolt locked. I finally figured out they used a really strong magnet on the apartment's steel door to flip the lock. Securely fastening the turn with strong tape prevented this while I was inside at least. They also did mildly irritating, but no less felonious stalking and attempted murderous through extreme and constant 24/7 bullying, tactics like sprinkling itching powder on the porch and marring the walls at my exact eye level. Inside the garage I rented they easily accessed my vehicle which somehow they are tracking constantly and harassed while driving. They also have cameras inside my vehicle. Much more murderously dangerous, however, is the knowledge that they removed brake fluid from my vehicle at least five times that I am aware. Because law enforcement are also at Walmart illegally stalking and chemically attacking me there as well, they know my schedule at all times thanks to my asshole boss Tarous Rice about whom I have complained all the way to Doug McMillon's office with no reply or concern for me, my safety, or the fact that I have a 20 year old daughter in college who still needs her Mom around. KMS through their MPA employees and Walmart through their employees and cozy law enforcement written policy exposed me to, and are still exposing me to at Walmart both while working and while shopping, felonious stalking and chemically attacking. Tarous Rice has also indoctrinated and facilitated through the local, state, and/or federal law enforcement the indoctrination of fellow associates and employees of Walmart to attack me chemically and psychologically. I am a floater pharmacist for Walmart. It doesn't matter what store I am working. I am constantly chemically attacked at home, on the road, and at work. While on duty trying to fill RX's safely for patients, law enforcement officials welcomed by my boss Tarous Rice with the full knowledge of their actions and intents, are chemically attacking me. I mentioned the FBI's Project Paperclip to a friendly co-worker one

Pamela T. Johnson 4/10/17

Pro Se Complaint for a Civil Case
United States District Court for the Northern District of Alabama
Plaintiff: Pamela T. Johnson
v
Defendants: Walmart and King Management Solutions

Complaint for a Civil Case Statement of Claim Page 3 of 5

day, and friendly to me co-workers are hard to find at Walmart because of whatever lies have been told to them about me, and the next thing I know Tarous puts me on a paid 6 week LOA and I was made to see a Ph.d Psychologist 3 times. I was also made to take an extensive 2 hr. examination after which I was cleared to go back to work. At the time I spoke to my co-worker, I did also take a written complaint about all that is happening to AL Law Enforcement (ALEA) who against their assurances shared my complaint with AL State employee, former Madison County Sheriff Deputy turned State Board of Pharmacy Inspector for the Huntsville area, Richard Lambruschi whose adult son Stephen lives across the street from me as does the DA's sister, Sally Broussard Dobbs. Both of those families have been stalking, harassing, and chemically attacking me also. I know Richard shared my complaint with Tarous and pressed to make me take the Psychological eval when the son-of-a-bitch knows what I complained about is happening to me because he is in on it and got his son in on it and my boss in on it and fellow employees in on it. There isn't a day that's gone by at work when my fellow workers inside the pharmacy aren't verbally harassing and attacking me, trying to make me lash out at them, dancing around the proverbial "elephant in the room" and trying to make me feel as if I have done something terribly wrong when the opposite is true. I am the victim of extreme police abuse and Walmart is culpable up to their eyebrows as is KMS through MPA. I have complained about Tarous Rice to his immediate boss Bo Kirby with no satisfaction. I followed Walmart policy to begin an investigation about what was happening in my workplace and

Pamela T. Johnson 4/10/17

Pro Se Complaint for a Civil Case
United States District Court for the Northern District of Alabama
Plaintiff: Pamela T. Johnson
v
Defendants: Walmart and King Management Solutions

Complaint for a Civil Case Statement of Claim Page 4 of 5

was turned down, even though it fit their criteria for an immediate investigation, and exposed even though I requested anonymity and according to Walmart policy was allowed privacy with my request. That sounds like the FBI crawling up Doug McMillon's backside with the aid of ALEA and local law enforcement.

2) Both KMS through MPA and Walmart have breached Article I Section 8, Article III Section 2 and 3, Article IV Section 2, Article VI, and Amendments I, IV, V, VI, VIII, XI, XIII, and XIV Section 1 of the United States Constitution against me. Only Congress can declare war against someone or grant letters of marque and reprisal, and makes the rules concerning captures on land and water. Only Congress has the authority to raise up and support armies of people to defeat someone. Only Congress can call forth the militia. Only Congress can exercise war authority in our nation and abroad. The judicial power of the U.S. extends to all cases in law and equity to the citizens of the U.S. If there is wrongdoing it shall be heard in a court of law and held in the state where said crimes were committed. War can only be declared and levied against someone tried and convicted of treason and I have not been tried and/or convicted of treason because I haven't committed treason. The citizens of each state shall be entitled to all privileges and immunities given to other citizens in all the other states. The U.S. Constitution and the laws of the U.S. and all treaties made shall be the supreme law of the land. The U.S. Government made a treaty with the Osage Nation in the 1800's to always protect and take care and defend the Osage people. I am an Osage tribal member and Walmart and KMS through MPA have violated this treaty repeatedly in an effort to harass me to such a degree that I would lose hope, despair, and ultimately commit suicide. They are guilty of attempted murder.

Pamela T. Johnson 4/10/17

Pro Se Complaint for a Civil Case
United States District Court for the Northern District of Alabama
Plaintiff: Pamela T. Johnson
v
Defendants: Walmart and King Management Solutions

Complaint for a Civil Case Statement of Claim   Page 5 of 5

3.) I have a right to free speech, the right to believe and worship as I see fit, and the right to peaceably assemble. Tarous has threatened me and my job if I spoke about God in the workplace because somebody complained. I only casually mention my beliefs from time to time if circumstances are appropriate to say something. When I spoke and complained to ALEA about what was happening hoping they would do something to make it stop, my job was threatened again because ALEA shared my complaint to ALBOP Inspector Richard Lambruschi who shared it with my boss Tarous Rice. I have a right to be secure in my person and shall not be violated and nothing seized without just cause or warrant. There is no justification or law that allows what Walmart and KMS through MPA have allowed to happen to me with their full knowledge and consent. They have jeopardized my safety and the public's safety. They have deprived me of life, liberty, and property without due process of law. I have for some reason been found guilty in the court of law enforcement public opinion who have initiated and waged war against me in violation of my U.S. Constitutional rights and the Treaty of the Osage. I have been subjected 24/7 to cruel and unusual punishment and have not been duly convicted of anything in any court anywhere ever! I am a citizen of the United States of America and of the state of Alabama wherein I reside. No state shall make or enforce any law which shall abridge the privileges or immunities of U.S. citizens; nor shall any state deprive any person of life, liberty, or property without due process of law nor deny to any person within its jurisdiction the equal protection of the laws. Walmart and KMS through MPA are guilty of violating nearly everything I am Constitutionally guaranteed. They are guilty of tracking me, stalking me, harassing me, chemically attacking me, using my co-workers to do the same to me, and trying to make me despair and commit suicide which makes them all guilty of attempted murder.

Pamela T. Johnson  4/10/17

(side note, left margin): I was falsely accused of stalking in Chula Vista, CA by Robert Nanciahinte June 2009 at a 3½ yr RO against him. He has the corrupt police and corrupt judges stalking me & trying to make me attack him- police informant.

Pro Se Complaint for a Civil Case
United States District Court for the Northern District of Alabama
Plaintiff: Pamela T. Johnson
Defendants: Walmart and King Management Solutions

Complaint for a Civil Case Statement of Claim Page 1 of 1
"Demand for Relief and Damages"

I demand that immediately and forever all harassment against me cease while on Walmart premises whether on duty or shopping at Walmart.

I demand that all innuendo from any and all Walmart employees stop immediately and that I am given letters of apology for their participation in bullying me.

I demand that Tarous Rice and however high up the chain this goes are charged with and tried for attempted murder of me.

I demand remuneration for the extreme emotional, psychological, physical pain I have endured because Walmart with full knowledge and consent allowed law enforcement to chemically and psychologically attack me everytime I worked, and on the road to work, and while shopping in their stores without mercy.

I demand remuneration for the extreme intentional emotional distress they knowingly caused personally and by allowing law enforcement to do the same.

I demand remuneration of punitive damages to let the world know, and especially here in America the land of the free, that this type of behavior will never be acceptable or tolerated.

Extreme pain, suffering, inconvenience, emotional distress    $500,000,000,000
Punitive Damages    $500,000,000,000
                    _____
                    $1,000,000,000,000

Pamela T. Johnson 4/10/17

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __Pamela__  Last Name __Johnson__
Mailing Address __131 Springview Lane__
City and State __Huntsville, AL__  Zip Code __35806__
Telephone Number __(256) 224-2745__
E-mail Address __Pamonkwaj@hotmail.com__

Signature of plaintiff __Pamela T. Johnson__
Date signed __4/10/17__

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:
- ☐ HTML – Recommended for most e-mail clients
- ☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing: _not accepting electronic delivery_

Participant signature:_____

Date:_____

**GovernmentContractsWon**
(https://www.governmentcontractswon.com/)

Enter the Name of a Defense Contractor    GO | *See Defense Contracts Won*

*Defense Contract Totals in 2015   Count:  579,458   Dollar Amount:  $273,533,707,310*

Home (https://www.governmentcontractswon.com/) | Contractor Search (https://www.governmentcontractswon.com/searchindex.asp) | Data Downloads (https://www.governmentcontractswon.com/products.asp) | (https://www.g

Enter the Name of a Defense Contractor:
WAL-MART STORES INC    GO

(*TIP: partial names can be entered; for example, searching on the word **tech** will return a list of all contractor names containing the word **tech**)*

**Download Data**
*To a Spreadsheet or Other File Type*
**Defense Contract Totals for Contractors Awarded Contracts from 2000 to 2015**
Click on a Contractor Name for more Detail

(* *Contractor Phone Numbers* are *available with data download*)

| Government Contractor Name & Address | Phone Number | Number of Defense Contracts Awarded | Dollar Amount of Defense Contracts Awarded |
|---|---|---|---|
| WAL-MART STORES INC (https://www.governmentcontractswon.com/department/defense/wal_mart_stores_inc_933064388.asp?yr=04) 1200 N LACROSSE ST RAPID CITY, SD 57701 | * | 2 | $6,458 |
| WAL-MART STORES INC (https://www.governmentcontractswon.com/department/defense/wal_mart_stores_inc_785099334.asp?yr=04) 5000 AMERICAN WAY MEMPHIS, TN 38115 | * | 1 | $4,014 |
| WAL-MART STORES INC (https://www.governmentcontractswon.com/department/defense/wal_mart_stores_inc_079265216.asp?yr=04) 541 SEABOARD ST MYRTLE BEACH, SC 29577 | * | 1 | $3,400 |
| WAL-MART STORES INC (https://www.governmentcontractswon.com/department/defense/wal_mart_stores_inc_051957769.asp?yr=05) 702 SW 8TH ST BENTONVILLE, AR 72712 | * | 3 | $57,351 |
| WAL-MART STORES, INC (https://www.governmentcontractswon.com/department/defense/wal_mart_stores_inc_090116935.asp?yr=06) 177 HIGHWAY 171 LAKE CHARLES, LA 70615 | * | 2 | $16,210 |
| | * | 6 | $23,003 |

(* *Contractor Phone Numbers* are *available with data download*)

**Defense Contractors:**
Contractors by Name (https://www.governmento
Contractors by Zip Code (https://www.governmento
Contractors by City (https://www.governmento
Contractors by County (https://www.governmento
Contractors by State (https://www.governmento

**Defense Contracts:**
Contracts by Product/Service (https://w type=dp)
Contracts by Weapon System (https://w type=dw)
Contracts by Place of Performance (https://www.governmento
Contracts by Contracting Office (https:// type=df)

**Defense Contracts:**
Contractors by Name (https://www.governmento
Contractors by Zip Code (https://www.governmento
Contractors by City (https://www.governmento
Contractors by County (https://www.governmento
Contracts by Product/Service (https://www.governmento
Contracts by Weapon System (https://www.governmento
Contracts by Place of Performance (https://www.governmento
Contracts by Contracting Office (https://www.governmento

Copyright © 2017 GovernmentContractsWon.com All rights reserved.   disclaimer (https://www.governmentcontractswon.com/d.asp)